FILED
IN CLERKS OFFICE

UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MASSACHUSETTS

2023 JUN 30 PM 4: 19

U.S. DISTRICT COURT
DISTRICT OF MASS.

RAFAEL DE ARMAS,
Plaintiff,

v.                                          C.A. NO. 1:21-CV-11069-PBS

NELSON ALVES and
JOSEPH L. ELSMORE,
Defendants.

### DEFENDANTS MOTION TO FILE UNDER SEAL EXHIBITS CONTAINING PLAINTIFF'S MEDICAL INFORMATION

Now come the Defendants and submit the following Motion to File Under Seal Exhibits, Q, R, S, and T in support of their Motion for Summary Judgement, Memorandum of Law in Support of their Motion for Summary Judgement, and their Statement of Material Facts. Exhibit's Q, R, S, T contain personal medical/mental health information, including the medical diagnosis and mental health treatment of Plaintiff Rafael De Armas.

For these reasons, Defendants respectfully request that the Court issue an order permitting the filing under seal of the unredacted Exhibits noted above.

Respectfully submitted,

By Defendants
By their Attorney,
NANCY ANKERS WHITE
Special Assistant Attorney General

Dated: June 30, 2023

/s/ Veronica E. DeDosantos
Veronica E. DeDosantos
Senior Litigation Counsel
BBO # 663725

1

Department of Correction
Legal Division
70 Franklin Street, Suite 600
Boston, MA 02110-1300
617-727-3300, ext: 1104
Veronica.dedosantos@massmail.state.ma.us

## CERTIFICATE OF SERVICE

I, Veronica E. DeDosantos, counsel for defendants, hereby certify that I have served a copy of the forgoing via electronic mail, first-class mail, through the Court's electronic filing system (ECF) to Plaintiff's attorneys.

Sarah Kelly (BBO#664267)
Andrew Farrington (BBO#709148)
Nutter McClennen & Fish LLP
Seaport West
155 Seaport Boulevard
Boston, MA 02210

Dated: June 30, 2023                           /s/ *Veronica E. DeDosantos*
                                               Veronica E. DeDosantos